ORIGINAL

FILED
JAN 17 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Colleen Marie Rood, Pro Se
2412 E. Deborah Lane
Orange, CA 92869
Tel: (714) 290-4734

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Colleen Marie Rood,<br><br>             Debtor.<br><br>_____<br><br>Law Office of Justine A. Dell, APC & Jacob Firestone,<br>             Plaintiff,<br><br>v.<br><br>Colleen Marie Rood,<br><br>             Defendant. | Case No.: 8:19-bk-13518-CB<br><br>Adv. No.: 8:19-ap-01233-CB<br><br>Chapter 7<br><br>**ANSWER TO ADVERSARY COMPLAINT**<br><br>Status Conference:<br>DATE:<br>TIME:<br>CTRM: 5D, 5th Floor<br>      U.S. Bankruptcy Court<br>      411 West 4th Street,<br>      Santa Ana, CA 92701-4593 |

Defendant, Colleen Marie Rood ("Defendant"), hereby files her answer to the Complaint on file and hereby admits, denies and alleges as follow:

1. Answering the allegations contained in paragraph 1 of Complaint herein, Defendant denies each and every allegation contained therein.

2. Answering the allegations contained in paragraph 2 of Complaint herein, Defendant denies each and every allegation contained therein.

3. Answering the allegations contained in paragraph 3 of the Complaint herein, Defendant lacks sufficient

- 1 -
ANSWER

information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

4.      Answering the allegations contained in paragraph 4 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

5.      Answering the allegations contained in paragraph 5 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

6. Answering the allegations contained in paragraph 6 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

7. Answering the allegations contained in paragraph 7 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

8. Answering the allegations contained in paragraph 8 of Complaint herein, Defendant admits each and every allegation contained therein.

9. Answering the allegations contained in paragraph 9 of the Complaint herein, Defendant admits each and every

allegation contained therein.

10. Answering the allegations contained in paragraph 10 Of the Complaint herein, Defendant admits each and every allegation contained therein.

11. Answering the allegations contained in paragraph 11 Of the Complaint herein, Defendant admits each and every allegation contained therein.

12. Answering the allegations contained in paragraph 12 Of the Complaint herein, Defendant admits each and every allegation contained therein.

13. Answering the allegations contained in paragraph 13 Of the Complaint herein, Defendant admits each and every allegation contained therein.

14. Answering the allegations contained in paragraph 14 of the Complaint herein, Defendant denies each and every allegation contained therein.

15. Answering the allegations contained in paragraph 15 of the Complaint herein, Defendant denies each and every allegation contained therein.

16. Answering the allegations contained in paragraph 16 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

17. Answering the allegations contained in paragraph 17 Of the Complaint herein, Defendant admits each and every allegation contained therein.

18. Answering the allegations contained in paragraph 18

Of the Complaint herein, Defendant admits each and every allegation contained therein.

19. Answering the allegations contained in paragraph 19 Of the Complaint herein, Defendant admits each and every allegation contained therein.

20. Answering the allegations contained in paragraph 20 Of the Complaint herein, Defendant admits each and every allegation contained therein.

21. Answering the allegations contained in paragraph 21 Of the Complaint herein, Defendant admits each and every allegation contained therein.

22. Answering the allegations contained in paragraph 22 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

23. Answering the allegations contained in paragraph 23 Of the Complaint herein, Defendant admits each and every allegation contained therein.

24. Answering the allegations contained in paragraph 24 Of the Complaint herein, Defendant admits each and every allegation contained therein.

25. Answering the allegations contained in paragraph 25 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny allegations contained herein, and therefore denies each and every allegation contained therein.

26. Answering the allegations contained in paragraph 26

1 | Of the Complaint herein, Defendant admits each and every
2 | allegation contained therein.
3 |     27.  Answering the allegations contained in paragraph 27
4 | Of the Complaint herein, Defendant admits each and every
5 | allegation contained therein.
6 |     28.  Answering the allegations contained in paragraph 28
7 | Of the Complaint herein, Defendant admits each and every
8 | allegation contained therein.
9 |     29.  Answering the allegations contained in paragraph 29
10 | of the Complaint herein, Defendant denies each and every
11 | allegation contained therein.
12 |     30.  Answering the allegations contained in paragraph 30
13 | of the Complaint herein, Defendant denies each and every
14 | allegation contained therein.
15 |     31.  Answering the allegations contained in paragraph 31
16 | of the Complaint herein, Defendant denies each and every
17 | allegation contained therein.
18 |     32.  Answering the allegations contained in paragraph 32
19 | of the Complaint herein, Defendant incorporates her answer to
20 | each and every allegation contained in paragraphs 1-31
21 | inclusive.
22 |     33.  Answering the allegations contained in paragraph 33
23 | of the Complaint herein, Defendant denies each and every
24 | allegation contained therein.
25 |     34.  Answering the allegations contained in paragraph 34
26 | of the Complaint herein, Defendant denies each and every
27 | allegation contained therein.
28 |     35.  Answering the allegations contained in paragraph 35

of the Complaint herein, Defendant denies each and every allegation contained therein.

36. Answering the allegations contained in paragraph 36 of the Complaint herein, Defendant denies each and every allegation contained therein.

37. Answering the allegations contained in paragraph 37 of the Complaint herein, Defendant incorporates her answer to each and every allegation contained in paragraphs 1-36 inclusive.

38. Answering the allegations contained in paragraph 38 of the Complaint herein, Defendant denies each and every allegation contained therein.

39. Answering the allegations contained in paragraph 39 of the Complaint herein, Defendant denies each and every allegation contained therein.

40. Answering the allegations contained in paragraph 40 of the Complaint herein, Defendant denies each and every allegation contained therein.

41. Answering the allegations contained in paragraph 41 of the Complaint herein, Defendant denies each and every allegation contained therein.

42. Answering the allegations contained in paragraph 42 of the Complaint herein, Defendant incorporates her answer to each and every allegation contained in paragraphs 1-41 inclusive.

43. Answering the allegations contained in paragraph 43 of the Complaint herein, Defendant denies each and every allegation contained therein.

44. Answering the allegations contained in paragraph 44 of the Complaint herein, Defendant denies each and every allegation contained therein.

### AS A FIRST SEPARATE AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

As a First Affirmative defense, Defendant alleges the Complaint failed to state facts sufficient to constitute a cause of action against this answering Defendant.

WHEREFORE, Defendant prays:

1. That Plaintiff take nothing by way of this Complaint;
2. That the within Complaint be dismissed;
3. For costs and attorney fees that may be incurred; and
4. For such other and different relief as may be just.

DATED: 1-17-20

Colleen Marie Rood
Defendant Pro Se

| In re: Colleen Marie Rood | CHAPTER: 7    8:19-ap-01233-CB |
|---|---|
| Debtor(s). | CASE NUMBER: 8:19-bk-13518-CB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as <u>Defendant, Colleen Marie Rood's Answer to Adversary Complaint of Law Offic eof Justine A. Dell, APC & Jacob Firestone.</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1-17-20 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Scott Kosner, (Debtor Atty):tyson@tysonfirm.com
Richard A. Marshack (TR): pkraus@marshackhays.com, mmarhack@iq7technology.com
United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov.

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 1-17-20 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Justine Dell, Esq., Law office of Justine A. Dell, APC, 17821 E. 17th St., Ste. 200, Tustin, CA 92780

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1-17-20 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Judges Copy: Hon. Cahterine E. Bauer, 411 West Fourth Street, Ste. 5165, Santa Ana, California 92701-4593.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1-17-20 | Colleen Rood | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**